UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES | ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 3:16-cv-00719<br><br>JUDGE SHELLY D. DICK |
| Plaintiff | ) ) ) | MAG. JUDGE RICHARD L. BOURGEOIS, JR. |
| VERSUS | ) ) | |
| BATONHOTEL, LLC | ) ) | |
| Defendant | ) | |

DEFAULT JUDGMENT

Defendant, BatonHotel, L.L.C. ("Borrower"), having failed to plead or otherwise defend in this action and its default having been entered by the Clerk of this Court on January 30, 2017 [Rec. Doc. 13];

Now, upon the Motion for Entry of Default Judgment and to Certify and Enter as Final Pursuant to Rules 55(b) and 54(b), FRCP [Doc. Rec. 14] (the "Motion") of the plaintiff,

1

Wilmington Trust, National Association ("Plaintiff"), as Trustee, for the Benefit of the Holders of Comm 2014-UBS4 Mortgage Trust Commercial Mortgage Pass-Through Certificates, appearing through Midland Loan Services, a Division of PNC Bank, National Association, its special loan servicing agent, for final default judgment, and upon the Verified Complaint (and the exhibits thereto) [Rec. Doc. 1] and the February 24, 2017 Declaration of Brian Davis, attesting that Borrower is indebted to Plaintiff, and Borrower having been defaulted for failure to appear,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment by default in favor of the plaintiff, Wilmington Trust, National Association, as Trustee, for the Benefit of the Holders of Comm 2014-UBS4 Mortgage Trust Commercial Mortgage Pass-Through Certificates, appearing through Midland Loan Services, a Division of PNC Bank, National Association, its special loan servicing agent, and against the defendant, BatonHotel, LLC, as follows:

| | |
|---|---:|
| Principal Balance on the Note | $ 3,152,228.40 |
| Interest | $111,800.53 |
| Default Interest | $86,399.68 |
| Late Charge Receivable | $6,299.10 |
| Prepayment Premium | $320,975.00 |
| Special Servicing Fee | $31,522.00 |
| Reconveyance/Payoff Fee | $500.00 |
| Protective Advance-Tax | $44,504.22 |
| Protective Advance-Legal | $33,812.81 |
| Protective Adv – Third Party Expenses | $4,750.00 |
| Non Sufficient Funds Fees | $60.00 |
| Interest on Advances | $1,707.53 |
| Monthly Servicing Fees | $5,341.59 |
| Escrow-Insurance | ($5,657.31) |
| Reserves – Capital Improvements | ($21,765.00) |
| Reserves – FF&E | ($52,098.26) |
| Reserves – Repair | ($7,525.00) |
| Reserves – Seasonality | ($10,000.00) |
| Total Amount Due | $3,702,855.29, |

as of February 6, 2017, plus Default Interest at the rate of 10.94% per annum after February 6, 2017 compounded monthly, and additional amounts accruing after February 6, 2017 until date of judgment, and federal judicial interest thereafter accruing on the aggregate amount of all sums owed, plus additional attorney's fees incurred from and after February 6, 2017 until paid and all costs (all collectively, "Borrower's Obligations").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs "Mortgage" and "Assignment" (as those terms are defined in the Verified Complaint) be recognized and maintained, and that the "Mortgaged Property" (as defined in the Verified Complaint) and which includes the property described below remain under seizure by the U.S. Marshal of this District and under the control of the Keeper appointed pursuant to this Court's Order dated December 1, 2016 [Rec. Doc. 7], and be sold, and out of the proceeds thereof Borrower's Obligations, with interest, late charges, any additional amounts owed, reasonable attorney's fees and all costs, be paid in preference and priority over all other persons:

> One certain tract or parcel of land, located in Section 54, T8S, R1E and designated on "Map of the Resubdivision of Tract B of the resubdivision of Lot 4 of Roberts property located in Section 54, T-8-S, R-1-E, East Baton Rouge Parish, LA for Joseph Gladney & John L. Avant", made by Joffrion and Assoc., Inc., consulting Engineers, dated 10-2-1973, filed as Original19 in Bundle 8705 of the official records of the parish of East Baton Rouge, State of Louisiana, as TRACT "B-2-A", which said tract measures 263.46 feet front on the service road lying on the northeasterly side of Interstate I-10, by a depth on its northwesterly side of 266.24 feet, a depth on its southeasterly side of 348.6 feet and measuring 283.59 feet across the rear, as designated by map of Toxie Craft, Civil Engineer, dated February 28, 1978, and of record in the office of the Clerk and Recorder of the Parish of East Baton Rouge, as Original916, Bundle 9250.

> Together with all buildings and improvements, appurtenances and attachments, right ways, privileges, servitudes, advantages, leases, movables, fixtures, equipment, furniture, royalties, rentals, vehicles, chattels, supplies, inventories, and other tangible assets used in the operation of the hotel known as "Microtel" as well as all intangible assets including the goodwill, franchise agreement(s), receivables, accounts and such.

Municipal Address: 10645 Rieger Road, Baton Rouge, Louisiana 70809.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this judgment be entered as a final judgment pursuant to Rule 54(b), F.R.C.P, there being no just reason for delay, and that Plaintiffs rights with respect to any "Borrower's Recourse Liabilities" and as the result of the occurrence of any "Springing Recourse Events" (as defined in the Motion) be reserved.

Signed in Baton Rouge, Louisiana May 15, 2017.

*Shelly D. Dick*
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**